UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
MISC. NO. 3:18-mc-67

RE: ) 
) ADMINISTRATIVE ORDER
FEES FOR JUROR PARKING )
)
_____)

It is appearing to the Court that fees jurors must pay for parking when reporting for jury service have increased. This Court hereby establishes a reasonable parking fee for individual courthouses which is to be paid to jurors.

THEREFORE, IT IS ORDERED that jurors reporting to the Charlotte Courthouse for jury service shall be paid a maximum daily amount of $10.00 for reimbursement of parking; and jurors reporting to the Charlotte Courthouse for jury service shall be paid a maximum daily amount of $15.00 for reimbursement of parking. This Order is in effect for all jurors who report for jury service beginning May 1, 2018.

SO ORDERED this 1st day of May 2018.

Chief US District Judge

FILED
CHARLOTTE, NC
MAY 01 2018
US District Court
Western District of NC